# U.S. District Court
## Northern District of Texas (Fort Worth)
### CRIMINAL DOCKET FOR CASE #: 4:13−mj−00406−BJ−1

| | |
|---|---|
| Case title: USA v. Tyler | Date Filed: 08/15/2013 |
| Other court case number: 13−00226−01−CR Western District of Missouri, Western Division | |

Assigned to: Magistrate Judge Jeffrey L Cureton

**Defendant (1)**

| | | |
|---|---|---|
| **Chiquita Tyler**<br>*also known as*<br>Chiquita Robinson | represented by | **William Reynolds Biggs**<br>Federal Public Defender's Office<br>819 Taylor Street<br>Room 9A10<br>Fort Worth, TX 76102<br>817−978−2753<br>Fax: 817−978−2757<br>Email: william_biggs@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment<br>Bar Status: Admitted/In Good Standing |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:287 Mailing a false claim to a department or agency of the United States | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Douglas A Allen–DOJ**<br>US Attorney's Office<br>Burnett Plaza<br>801 Cherry St Suite 1700<br>Fort Worth, TX 76102–6882<br>817/252–5200<br>Fax: 817–252–5455<br>Email: douglas.allen@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Not Admitted/GVT* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/15/2013 | | 5 | Arrest (Rule 5) of Chiquita Tyler. Case Number 13–00226–01–CR Indictment and warrant from Western District of Missouri/Kansas City. (jah) (Entered: 08/15/2013) |
| 08/15/2013 | 1 | 3 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L Cureton: Initial Appearance re: Rule 5(c)hearing as to Chiquita Tyler held on 8/15/2013, Deft arrested 8/15/13 on warrant from the Western District of Missouri, Western Division/Kanas City; Deft executed financial affidavit; O/appointing FPD entered; Court orders indictment unsealed; Deft executed PR bond &advised of conditions of pretrial release; O/setting conditions of pretrial release entered; O/requiring deft to appear in prosecuting district on August 26, 2013 @ 2:15 p.m.; Deft released on conditions. Attorney Appearances: AUSA – Doug Allen; Defense – William Biggs. (Court Reporter: Digital File) (No exhibits) Time in Court – :15. (jah) (Entered: 08/15/2013) |
| 08/15/2013 | 2 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Chiquita Tyler. (Ordered by Magistrate Judge Jeffrey L Cureton on 8/15/2013) (jah) (Entered: 08/15/2013) |
| 08/15/2013 | 3 | 7 | WAIVER of Rule 5 (c) Hearings by Chiquita Tyler re: identity (jah) (Entered: 08/15/2013) |
| 08/15/2013 | 4 | 8 | ORDER Setting Conditions of Release as to Chiquita Tyler (1) Deft released on PR bond; Deft to next appear at the US Courthouse in Kansas City, Missouri on Monday, August 26, 2013 at 2:15 p.m.; see order for specific conditions. (Ordered by Magistrate Judge Jeffrey L Cureton on 8/15/2013) (jah) (Entered: 08/15/2013) |
| 08/15/2013 | 5 | 11 | ORDER REQUIRING DEFENDANT TO ANSWER AND APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION as to Chiquita Tyler: Ordered Released...next appear at United States Courthouse...Kansas City, MO... on Monday, August 26, 2013 at 2:15 p.m. (Ordered by Magistrate Judge Jeffrey L Cureton on 8/15/2013) (jah) (Entered: 08/15/2013) |

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@txnddb.txnd.circ5.dcn
Bcc:
--Case Participants: William Reynolds Biggs (belinda_sandoval@fd.org, eric.fort@fd.org,
norma_vidaurre@fd.org, william_biggs@fd.org, wrbiggs@gmail.com), Douglas A Allen-DOJ
(colleen.plowman@usdoj.gov, douglas.allen@usdoj.gov, usatxn.ecfcriminal@usdoj.gov),
Magistrate Judge Jeffrey L Cureton (clarissa_hodges@txnd.uscourts.gov,
kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:7162953@txnd.uscourts.gov
Subject:Activity in Case 4:13-mj-00406-BJ USA v. Tyler Initial Appearance
```
Content–Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. <u>Forms and Instructions</u> found at www.txnd.uscourts.gov.**

## U.S. District Court

### Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 8/15/2013 at 4:52 PM CDT and filed on 8/15/2013

**Case Name:**       USA v. Tyler

**Case Number:**    <u>4:13–mj–00406–BJ</u>

**Filer:**

**Document Number:** 1(No document attached)

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L Cureton: Initial Appearance re: Rule 5(c)hearing as to Chiquita Tyler held on 8/15/2013, Deft arrested 8/15/13 on warrant from the Western District of Missouri, Western Division/Kanas City; Deft executed financial affidavit; O/appointing FPD entered; Court orders indictment unsealed; Deft executed PR bond &advised of conditions of pretrial release; O/setting conditions of pretrial release entered; O/requiring deft to appear in prosecuting district on August 26, 2013 @ 2:15 p.m.; Deft released on conditions. Attorney Appearances: AUSA – Doug Allen; Defense – William Biggs. (Court Reporter: Digital File) (No exhibits) Time in Court – :15. (jah)**

**4:13–mj–00406–BJ–1 Notice has been electronically mailed to:**

Douglas A Allen–DOJ douglas.allen@usdoj.gov, colleen.plowman@usdoj.gov, usatxn.ecfcriminal@usdoj.gov

William Reynolds Biggs william_biggs@fd.org, belinda_sandoval@fd.org, eric.fort@fd.org, norma_vidaurre@fd.org, wrbiggs@gmail.com

**4:13–mj–00406–BJ–1 The CM/ECF system has NOT delivered notice electronically to the names listed**

below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@txnddb.txnd.circ5.dcn
Bcc:
--Case Participants: Douglas A Allen-DOJ (colleen.plowman@usdoj.gov,
douglas.allen@usdoj.gov, usatxn.ecfcriminal@usdoj.gov), Magistrate Judge Jeffrey L Cureton
(clarissa_hodges@txnd.uscourts.gov, kristi_verna@txnd.uscourts.gov,
margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:7162937@txnd.uscourts.gov
Subject:Activity in Case 4:13-mj-00406-BJ USA v. Tyler Arrest - Rule 5/32/40
```

Content–Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov.**

## U.S. District Court

## Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 8/15/2013 at 4:48 PM CDT and filed on 8/15/2013

**Case Name:**       USA v. Tyler
**Case Number:**     4:13–mj–00406–BJ
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Arrest (Rule 5) of Chiquita Tyler. Case Number 13–00226–01–CR Indictment and warrant from Western District of Missouri/Kansas City. (jah)


**4:13–mj–00406–BJ–1 Notice has been electronically mailed to:**

Douglas A Allen–DOJ   douglas.allen@usdoj.gov, colleen.plowman@usdoj.gov, usatxn.ecfcriminal@usdoj.gov

**4:13–mj–00406–BJ–1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | NO. 4:13-MJ-406 |
| | § | |
| CHIQUITA TYLER a/k/a CHIQUITA ROBINSON | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 15 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: August 15, 2013

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

# United States District Court

NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | WAIVER OF RULE 5(c) HEARINGS |
| | § | (Excluding Probation Cases) |
| V. | § | |
| | § | |
| CHIQUITA TYLER a/k/a CHIQUITA ROBINSON | § | CASE NUMBER: 4:13-MJ-406 |

I, Chiquita Tyler, understand that in the Western District of Missouri, Western Division/Kansas City, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

( ✓ ) I have been informed I have no right to a preliminary examination

_____
Defendant

August 15, 2013

_____
Defense Counsel

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 15 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy

7

Case 4:13-mj-00406-BJ   Document 4   Filed 08/15/13   Page 1 of 3   PageID 3
Case 4:13-mj-00406-BJ   Document 6   Filed 08/16/13   Page 8 of 11   PageID 04

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                      Page 1 of 3 Pages

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas, Fort Worth Division

FILED
AUG 15 2013
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By _____
Deputy

| United States of America | ) |
|---|---|
| v. | ) |
|  | )   Case No.   4:13-MJ-406 |
| CHIQUITA TYLER a/k/a CHIQUITA ROBINSON | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   United States Courthouse, 400 East 9th Street, Kansas City, MO 64106
*Place*

before Chief Magistrate Judge Robert E. Larson

on    Monday, August 26, 2013 at 2:15 p.m.   YOU MUST REPORT TO PRETRIAL AT 1:45 P.M.
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

8

Case 4:13-mj-00406-BJ   Document 4   Filed 08/15/13   Page 2 of 3   PageID 4
Case 4:13-mj-00406-BJ   Document 6   Filed 08/16/13   Page 9 of 11   PageID 15

AO 199B   (Rev. 12/11) Additional Conditions of Release                                                                Page _2_ of _3_ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(  ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                                    *Custodian*                                                  *Date*

( X ) (7) The defendant must:
( X ) (a) submit to supervision by and report for supervision to the  United States Probation Officer as directed  ,
telephone number _____ , no later than _____ .
( X ) (b) continue or actively seek employment.
(  ) (c) continue or start an education program.
( X ) (d) surrender any passport to:  and/or any passport card to the United States Probation Office
( X ) (e) not obtain a passport or other international travel document.
( X ) (f) abide by the following restrictions on personal association, residence, or travel:  Travel restricted to the Northern District of Texas and Western District of Missouri  unless permission received from the US Probation Officer
( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
( X ) (h) get medical or psychiatric treatment:  as directed by the US Probation Officer
(  ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
(  ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( X ) (k) not possess a firearm, destructive device, or other weapon.
( X ) (l) not use alcohol (  ) at all ( X ) excessively.
( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(  ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
(  ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
(  ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  (  ) (i) **Curfew.** You are restricted to your residence every day (  ) from _____ to _____ , or (  ) as directed by the pretrial services office or supervising officer; or
  (  ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  (  ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
(  ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  (  ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
( X ) (s) Not participate in any capacity in any criminal activity, associate with any person engaged in any criminal activity, or enter into, or perform under, any agreement to act as an informer for, or special agent of, any governmental agency without permission of the court.
(  ) (t) shall pay any and all fees incurred under conditions (7)(n) and/or (7)(o)

DATE:   August 15, 2013                                                         _____
                                                                                                      JEFFREY L. CURETON
                                                                                                      UNITED STATES MAGISTRATE JUDGE

9

Case 4:13-mj-00406-BJ Document 4 Filed 08/15/13 Page 3 of 3 PageID 5
Case 4:13-mj-00406-BJ Document 6 Filed 08/16/13 Page 10 of 11 PageID 16

AO 199C (Rev. 09/08) Advice of Penalties     Page 3 of 3 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____ *Defendant's Signature*

Fort Worth, TX
_____ *City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: August 15, 2013            _____
                                                                 *Judicial Officer's Signature*

JEFFREY L. CURETON, UNITED STATES MAGISTRATE JUDGE
                                                                *Printed name and title*

DISTRIBUTION:     COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 15 2013
CLERK, U.S. DISTRICT COURT
By _____
     Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § Case Number: 4:13-MJ-406 |
| V. | § |
| | § Charging District Case No.: |
| | § 13-00226-01-CR |
| CHIQUITA TYLER a/k/a | § |
| CHIQUITA ROBINSON | § |

## ORDER REQUIRING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION

The Defendant having appeared before this Court pursuant to Rule, Federal Rules of Criminal Procedure, and proceedings having been concluded, and Defendant ORDERED

☑ released.

IT IS ORDERED that the Defendant be held to answer in the United States District Court for the Western District of Missouri, Western Division/Kansas City, and shall appear at all proceedings as required.

The Defendant shall next appear at United States Courthouse, 400 East 9th Street, Kansas City MO 64106, before Chief Magistrate Judge Robert E. Larson on Monday, August 26, 2013 at 2:15 p.m. and will be required to first appear in the Pretrial Office at 1:45 p.m. on that same date.

SIGNED August 15, 2014.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE